THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL LESSER, Appellant.

Argued December 1, 1952; decided January 15, 1953.

*Charles F. Mintz* for appellant.

*Frank S. Hogan, District Attorney (Stuart G. Schwartz* and *Charles W. Manning* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FROESSEL, JJ. Taking no part: FULD, J. [See 305 N. Y. 569.]